# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-55618

**Case Name** Rosen & Christensen v. Woods & Birt

**Counsel submitting this form** Daniel King

**Represented party/parties** Taylor Woods and Jason Birt

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs are 2 wealthy successful medical doctors who agreed to become members and invest in 2 of Defendants Wu and Woods through their applicable entities in the new hotels to be acquired in New York and Seattle. Unfortunately, these 2 hotels failed due to the COVID Pandemic as well as all of the other approximate 23 hotels under management. Plaintiffs each invested approximately $375K for a total of approximately $750K. Plaintiffs and their counsel embarked upon aggressive scorched earth style action against all Defendants, even including 2 individuals who merely made introductions and not otherwise involved in the investment or the business. This litigation has caused substantial hardship to these 2 Defendants Egnatz and Birt. Virtually all of the Defendants are closed and out of business, or have no assets and are judgment proof. A number of Defendants filed for Bankruptcy Protection.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

After years of expense litigation with little accomplished, Defendants Wu and Egnatz, through their counsel ,and Defendants Birt and Woods, through their counsel began serious efforts to try to resolve the case against Plaintiffs beginning about October 2022. An agreement was finally reached in about December 2022 and at Plaintiffs counsel suggestion that the trial be postponed and the case remain pending until the Settlement Payment was made in approximately 6 months. The Court did not accept that Settlement and ordered on extremely short notice that the Parties proceed to trial or file a stipulated judgment And notice of dismissal. The Parties rushed to try to reach a Stipulated Judgment in the event of default in the payment schedule. Defendants Birt and Egnatz immediately subsequently understood and determined that a Stipulated Judgment was not appropriate or in their best interest under the circumstances. Even though that the attorneys file a Notice of Settlement in direction of the Court, there was no signed Settlement Agreement and the correspondence clearly indicated that any settlement is subject to completion of a further customary signed settlement agreement, including releases. This was not accomplished after the Court denied the first settlement and before the subsequent Notice of Settlement.

Main issue on appeal: Whether the Court erred by ruling there was an enforceable Settlement Agreement.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

**Signature** s/Daniel King  **Date** 7/20/2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

2